# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Lafferty, William J. | 2. Court or Organization  Bankruptcy Court, Northern District of California | 3. Date of Report  08/01/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Bankruptcy Judge---Full Time | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐  Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

1300 Clay Street, Room 220
Oakland, CA 94612

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 1 (Assets Listed in Part VII) |
| 2. | Partner, various Howard Rice Investment Funds | Howard Rice Investment Funds, 01-09 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/98 | Family Trust |
| 2. | 3/1/98 | Filer and Howard Rice et al. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 08/01/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | The Permanente Medical Group--Salary on a Part-Time Basis |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference Bankruptcy Judges (NCBJ) | October 8-11, 2017 | Las Vegas, NV | Attend Annual Conference | Three Nights Hotel, Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lafferty, William J.** | 08/01/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Ally Bank | A | Interest | M | T | Open | 03/03/17 | M | | See Part VIII |
| 2. Barclays Bank | A | Interest | N | T | | | | | |
| 3. BTC Life Path 2020 F (1) | A | Dividend | K | T | | | | | See Part VIII |
| 4. BTC Life Path 2020 F (2) | A | Dividend | J | T | Sold (part) | 12/19/17 | J | | |
| 5. BTC US Equity Market (1) | A | Dividend | M | T | | | | | See Part VIII |
| 6. BTC US Equity Market (2) | A | Dividend | K | T | | | | | |
| 7. Cap Group Int'l Equity | A | Dividend | | | Sold | 10/30/17 | J | | |
| 8. Cap Group International Equityl Equity | A | Dividend | | | Sold | 10/30/17 | J | | |
| 9. CBS Corp., Common Stock | A | Dividend | J | T | | | | | |
| 10. Charles Schwab Bank, Deposit Account (1) | A | Interest | M | T | | | | | |
| 11. Charles Schwab Bank Deposit Account (2) | A | Interest | J | T | | | | | |
| 12. Dreyfus Appreciation Fund (IRA) CS | A | Dividend | K | T | | | | | |
| 13. Dreyfus Growth & Income Mutual Fund | A | Int./Div. | J | T | | | | | |
| 14. FR Fixed Income (Foundation Health) | A | Dividend | K | T | Sold (part) | 12/19/17 | J | | See Part VIII |
| 15. FR Fixed Income (Permanente) | A | Dividend | L | T | | | | | |
| 16. Howard Rice Investment Fund 01 (no control) | | None | J | U | | | | | |
| 17. Howard Rice Investment Fund 02 (no control) | | None | J | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS *-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Howard Rice Investment Fund 03 (no control) | | None | J | U | | | | | |
| 19. Howard Rice Investment Fund 04 (no control) | | None | J | U | | | | | |
| 20. Howard Rice Investment Fund 05 (no control) | | None | J | U | | | | | |
| 21. Howard Rice Investment Fund 06 (no control) | | None | J | U | | | | | |
| 22. Howard Rice Investment Fund 07 (no control) | | None | J | U | | | | | |
| 23. Howard Rice Investment Fund 08 (no control) | | None | J | U | | | | | |
| 24. Howard Rice Investment Fund 09 (no control) | A | Distribution | J | U | Distributed (part) | 12/30/17 | J | | See Part VIII |
| 25. KP Interest Income Fund | B | Dividend | K | T | | | | | |
| 26. NT International Fd (1) | A | Dividend | L | T | Buy | 10/30/17 | L | | See Part VIII |
| 27. NT International Fd (2) | A | Dividend | K | T | Buy | 10/30/17 | J | | See Part VIII |
| 28. Real Property, Orinda, CA | | None | N | W | | | | | |
| 29. Rental Property, Alameda, CA | E | Rent | O | W | | | | | |
| 30. Rental Property, Ventura, CA (1/3 interest-- shared with two sisters) | B | Rent | M | W | | | | | |
| 31. Schwab Intellectual Portfolio Account | F | Dividend | O | T | Buy | 06/28/17 | O | | See Part VIII |
| 32. Schwab, Money Market Fund SWMMX | A | Dividend | L | T | Buy | 08/22/17 | L | | |
| 33. Schwab (S&P 500 Index), SWPPX | B | Dividend | K | T | | | | | |
| 34. Schwab, SWBDX (IRA) | A | Dividend | | | Sold | 08/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Schwab, Vanguard Total Intl Stock Market Index Fund, VGTSX (IRA) | A | Dividend | J | T | | | | | |
| 36. Schwab, Vanguard Total Stock Market Index Fund, VTSMX (IRA) | A | Dividend | K | T | | | | | |
| 37. TPML Int'l Foreign Fund A3 (1) | A | Dividend | | | Sold | 10/30/17 | J | | See Part VIII |
| 38. TPML Int'l Foreign Fund A3 (2) | A | Dividend | | | Sold | 10/30/17 | J | | |
| 39. Vanguard PrimeCap Fund ADM (1) | A | Dividend | J | T | Buy (add'l) | 12/19/17 | J | | See Part VIII |
| 40. Vanguard PrimeCap Fund ADM (2) | A | Dividend | O | T | | | | | |
| 41. Vanguard Stable Income Fund | D | Dividend | M | T | | | | | |
| 42. Vanguard Total Bond Mkt 1x Tr | A | Dividend | K | T | | | | | |
| 43. Vanguard Total Bond Mkt 1x 1st Plus | A | Dividend | L | T | | | | | |
| 44. Vanguard Wellington Fund, Inv. (1) | A | Dividend | L | T | | | | | See Part VIII |
| 45. Vanguard Wellington Fund, Inv. (2) | A | Dividend | N | T | | | | | |
| 46. Vanguard 1st Tt St. Mkt Inx 1st Plus | A | Dividend | N | T | | | | | |
| 47. Vanguard 1st Tt St. Mkt Inx 1st Plus | A | Dividend | N | T | | | | | |
| 48. 3M Company (MMM) | B | Dividend | K | T | Sold (part) | 10/24/17 | K | E | |
| 49. AES Corporation (AES) | B | Dividend | K | T | | | | | |
| 50. Accelerate Diagnostics, Inc. (AXDX) | | None | K | T | | | | | |
| 51. Adidas Salomon AG ADR (ADDYY) | | None | J | T | Buy | 08/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Alibaba Group Hldg Ltd Spon ADR (BABA) | | None | K | T | Buy | 12/01/17 | K | | |
| 53. Allergan plc. (AGN) | A | Dividend | J | T | Sold (part) | 10/31/17 | J | A | |
| 54. Alphabet Inc. Class A (GOOGL) | | None | K | T | | | | | |
| 55. Alphabet Inc. Class C (GOOG) | | None | K | T | Buy (add'l) | 10/23/17 | J | | |
| 56. | | | | | Sold (part) | 11/03/17 | K | D | |
| 57. Altria Group Inc (MO) | A | Dividend | K | T | | | | | |
| 58. Amazon.com Inc. (AMZN) | | None | K | T | Buy | 11/06/17 | K | | |
| 59. Amgen Inc. (AMGN) | B | Dividend | L | T | Buy (add'l) | 11/17/17 | J | | |
| 60. | | | | | Sold (part) | 03/01/17 | K | C | |
| 61. Amplify Snack Brands (BETR) | A | Dividend | | | Buy (add'l) | 01/18/17 | J | | |
| 62. | | | | | Sold | 11/22/17 | K | A | |
| 63. Apple Inc. (AAPL) | A | Dividend | J | T | | | | | |
| 64. Archer Daniels Midland (ADM) | A | Dividend | J | T | | | | | |
| 65. Athena Health (ATHN) | A | Dividend | | | Buy (add'l) | 02/08/17 | J | | |
| 66. | | | | | Sold | 05/18/17 | K | A | |
| 67. Australia & NZ Bank (ANZBY) | A | Dividend | J | T | Sold (part) | 10/11/17 | J | B | |
| 68. Automatic Data Processing Inc. (ADP) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BHP Billiton Limited (BHP) | B | Dividend | L | T | Buy (add'l) | 10/13/17 | K | | |
| 70. | | | | | Sold (part) | 09/01/17 | J | A | |
| 71. Bristol-Myers Squibb Co. | A | Dividend | J | T | Buy | 11/14/17 | J | | |
| 72. CDK Global, Inc. (CDK) | A | Dividend | J | T | | | | | |
| 73. CVS Health Corporation (CVS) | A | Dividend | J | T | | | | | |
| 74. Celgene Corp. (CELG) | | None | K | T | Buy (add'l) | 10/26/17 | J | | |
| 75. Chevron Corp (CVX) | A | Dividend | J | T | Buy (add'l) | 10/19/17 | J | | |
| 76. | | | | | Sold (part) | 04/28/17 | K | B | |
| 77. Chipotle Mexican Grill (CMG) | | None | J | T | | | | | |
| 78. Chubb Limited (CB) | A | Dividend | J | T | | | | | |
| 79. Church & Dwight Co. (CHD) | A | Dividend | L | T | Buy (add'l) | 05/05/17 | J | | |
| 80. | | | | | Sold (part) | 06/19/17 | J | A | |
| 81. Coca-Cola Company (KO) | A | Dividend | J | T | | | | | |
| 82. Columbia Large Cap Core (NMIMX) | B | Dividend | L | T | | | | | |
| 83. Costco Wholesale Corp (COST) | A | Dividend | J | T | | | | | |
| 84. Cree Inc. (CREE) | | None | L | T | Buy (add'l) | 01/18/17 | J | | |
| 85. | | | | | Sold (part) | 12/15/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Cross Timbers Royalty (CRT) | A | Dividend | J | T | | | | | |
| 87. John Deere (DE) | A | Dividend | | | Sold | 08/01/17 | J | D | |
| 88. DFA International Equity (DFIEX) | B | Dividend | K | T | Buy (add'l) | 12/14/17 | J | | |
| 89. DFA US Large Cap (DFLVX) | D | Dividend | M | T | Buy (add'l) | 12/15/17 | J | | |
| 90. Emerson Electric Co. (EMR) | A | Dividend | K | T | Buy (add'l) | 01/10/17 | J | | |
| 91. | | | | | Sold (part) | 03/06/17 | J | A | |
| 92. Energy Transfer Equity (ETE) | A | Dividend | J | T | Sold (part) | 10/23/17 | J | A | |
| 93. Energy Transfer Partners (ETP) | B | Dividend | J | T | | | | | |
| 94. Engility Holdings, Inc. (EGL) | | None | J | T | | | | | |
| 95. Exxon Mobil Corporation (XOM) | A | Dividend | K | T | | | | | |
| 96. Fidelity National Info Srv (FIS) | A | Dividend | K | T | | | | | |
| 97. Generac Holdings Inc. (GNRC) | | None | L | T | Sold (part) | 11/17/17 | J | A | |
| 98. General Electric Company (GE) | A | Dividend | K | T | Buy (add'l) | 07/13/17 | J | | |
| 99. Gentex Corporation (GNTX) | B | Dividend | L | T | Buy (add'l) | 12/22/17 | K | | |
| 100. | | | | T | Sold (part) | 12/01/17 | J | B | |
| 101. Honeywell Intl Inc (HON) | A | Dividend | J | T | Sold (part) | 06/07/17 | J | B | |
| 102. Hortonworks, Inc. (HDP) | | None | J | T | Buy | 12/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Hudson Pacific Properties, Inc (HPP) | A | Dividend | J | T | | | | | |
| 104. Illumina Inc (ILMN) | | None | M | T | Buy (add'l) | 02/02/17 | J | | |
| 105. | | | | | Sold (part) | 09/01/17 | J | A | |
| 106. Intel Corporation (INTC) | B | Dividend | L | T | Sold (part) | 07/05/17 | J | C | |
| 107. International Flavors&Frag. (IFF) | A | Dividend | J | T | Sold (part) | 11/24/17 | J | A | |
| 108. Intuit Inc. (INTU) | A | Dividend | K | T | Sold (part) | 08/01/17 | J | D | |
| 109. JM Smucker Co. (SJM) | A | Dividend | K | T | Buy (add'l) | 04/17/17 | K | | |
| 110. Johnson & Johnson (JNJ) | B | Dividend | L | T | Buy (add'l) | 11/17/17 | K | | |
| 111. Juno Therapeutics, Inc. (JUNO) | | None | K | T | Buy (add'l) | 02/22/17 | K | | |
| 112. | | | | | Sold (part) | 11/22/17 | K | C | |
| 113. Kinder Morgan Inc cl P (KMI) | A | Dividend | J | T | Sold (part) | 04/06/17 | J | A | |
| 114. Lockheed Martin Corp. (LMT) | A | Dividend | K | T | Buy | 10/19/17 | K | | |
| 115. Lowes Companies Inc. (LOW) | B | Dividend | L | T | Buy (add'l) | 06/02/17 | K | | |
| 116. MPLX LP (MPLX) | C | Dividend | L | T | Sold (part) | 10/27/17 | K | A | |
| 117. Martin Marietta Materials Inc (MLM) | A | Dividend | K | T | | | | | |
| 118. Microsoft Corporation (MSFT) | B | Dividend | M | T | Buy (add'l) | 11/17/17 | J | | |
| 119. | | | | | Sold (part) | 05/02/17 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Mondelez International Inc. (MDLZ) | A | Dividend | K | T | | | | | |
| 121. Myriad Genetics (MYGN) | A | Dividend | | | Sold | 02/23/17 | J | A | |
| 122. National Grid PLC Spon ADR (NGG) | D | Dividend | L | T | Buy (add'l) | 08/01/17 | K | | |
| 123. | | | | | Sold (part) | 11/28/17 | J | A | |
| 124. Neogen Corporation NEOG) | | None | K | T | Buy | 04/13/17 | J | | |
| 125. | | | | | Sold (part) | 11/16/17 | J | B | |
| 126. NextEra Energy, Inc. (NEE) | A | Dividend | K | T | Buy | 11/03/17 | K | | |
| 127. Nokia Corp (NOK) | A | Dividend | J | T | | | | | |
| 128. Norfolk Southern Corp. (NSC) | A | Dividend | K | T | | | | | |
| 129. Novartis AG (NVS) | B | Dividend | K | T | Sold (part) | 06/22/17 | J | A | |
| 130. Novo-Nordisk A/S (NVO) | B | Dividend | L | T | Buy (add'l) | 10/26/17 | J | | |
| 131. Opko Health Inc. (OPK) | | None | J | T | Sold (part) | 12/01/17 | J | A | |
| 132. Oracle Corporation (ORCL) | A | Dividend | K | T | Buy (add'l) | 09/27/17 | J | | |
| 133. Philip Morris Intl (PM) | A | Dividend | J | T | Sold (part) | 03/16/17 | K | D | |
| 134. Phillips 66 (PSX) | A | Dividend | J | T | | | | | |
| 135. Pioneer Natural Resources (PXD) | | None | J | T | Buy | 11/14/17 | J | | |
| 136. Potash Corp. Saskatch (POT) | A | Dividend | K | T | Buy (add'l) | 03/14/17 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lafferty, William J. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Principal Financial Group (PFG) | B | Dividend | K | T | | | | | |
| 138. Qualcomm Inc. (QCOM) | C | Dividend | L | T | Buy (add'l) | 01/06/17 | J | | |
| 139. | | | | | Sold (part) | 10/27/17 | J | A | |
| 140. Roche Holdings Ltd (RHHBY) | B | Dividend | K | T | Buy (add'l) | 11/09/17 | J | | |
| 141. Schwab Money Mkt Fund (SWMXX) | A | Interest | N | T | | | | | |
| 142. Schwab US Treasury MMF (SWUXX) | A | Interest | N | T | | | | | See Part VIII |
| 143. Schwab Value Advantage MMF (SWVXX) | A | Interest | K | T | | | | | |
| 144. SPDR Gold Shares ETF (GLD) | | None | K | T | | | | | |
| 145. Sabine Royalty Trust (SBR) | C | Dividend | L | T | Buy (add'l) | 02/24/17 | J | | |
| 146. | | | | | Sold (part) | 10/27/17 | K | A | |
| 147. Seattle Genetics, Inc. (SGEN) | | None | K | T | | | | | |
| 148. South32 Limited (SOUHY) | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |
| 149. Suncor (SU) | | None | | | Sold | 02/23/17 | J | B | |
| 150. Super Micro Computer (SMCI) | | None | | | Sold | 12/05/17 | K | A | |
| 151. T Rowe Price Group Inc (TROW) | A | Dividend | J | T | | | | | |
| 152. Taiwan Semiconductor (TSM) | B | Dividend | L | T | Buy (add'l) | 10/23/17 | J | | |
| 153. | | | | | Sold (part) | 06/23/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Tencent Hldgs Ltd ADR (TCEHY) | | None | K | T | Buy | 10/19/17 | K | | |
| 155. The Kraft Heinz Company (KHC) | A | Dividend | J | T | | | | | |
| 156. Ultra Petroleum Corp (UPL) | | None | J | T | Sold (part) | 04/12/17 | J | A | |
| 157. Union Pacific Corp. (UNP) | A | Dividend | K | T | Sold (part) | 12/01/17 | J | D | |
| 158. United Technologies Corp. (UTX) | A | Dividend | K | T | Sold (part) | 06/23/17 | K | C | |
| 159. Vanguard Growth ETF (VUG) | A | Dividend | J | T | | | | | |
| 160. Vanguard Total Mkt ETF (VTI) | B | Dividend | N | T | Buy (add'l) | 10/30/17 | K | | |
| 161. | | | | | Sold (part) | 01/20/17 | J | A | |
| 162. Vanguard Total Stk Mkt Index Fd (VTSMX) | B | Dividend | L | T | | | | | |
| 163. W.R. Berkley Corp. (WRB) | A | Dividend | K | T | Buy (add'l) | 04/19/17 | J | | |
| 164. W.W. Grainger Inc. (GWW) | A | Dividend | L | T | Buy (add'l) | 10/16/17 | K | | |
| 165. | | | | | Sold (part) | 12/15/17 | J | A | |
| 166. Walt Disney Company (DIS) | A | Dividend | J | T | Buy | 12/07/17 | J | | |
| 167. Walter Energy (WLTGQ) | | None | | | Sold | 10/24/17 | J | A | |
| 168. Williams Partners L.P. (WPZ) | B | Dividend | K | T | Sold (part) | 01/17/17 | J | A | |
| 169. Wright Medical Group N.V. (WMGI) | | None | K | T | | | | | |
| 170. XPO Logistics, Inc. (XPO) | | None | K | T | Buy (add'l) | 11/13/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 12/22/17 | J | B | |
| 172. Xilinx Inc. (XLNX) | A | Dividend | K | T | Sold (part) | 08/01/17 | J | B | |
| 173. US Treas Bill (912796KS7) | A | Interest | | | Sold | 04/13/17 | M | | See Part VIII |
| 174. US Treas Bill due 3/30/17 | A | Interest | | | Buy | 03/02/17 | M | | |
| 175. | | | | | Sold | 03/30/17 | M | | |
| 176. US Treas Bill due 9/14/17 | B | Interest | | | Buy | 06/15/17 | O | | |
| 177. | | | | | Sold | 09/14/17 | O | | |
| 178. US Treas Bill due 6/22/17 | A | Interest | | | Buy | 05/24/17 | L | | |
| 179. | | | | | Sold | 06/22/17 | L | | |
| 180. US Treas Bill due 12/28/17 | B | Interest | | | Buy | 09/29/17 | O | | |
| 181. | | | | | Sold (part) | 10/23/17 | K | | |
| 182. | | | | | Sold | 12/28/17 | N | | |
| 183. US Treas Bill due 4/13/17 | A | Interest | | | Buy | 03/17/17 | M | | |
| 184. | | | | | Sold | 04/13/17 | M | | |
| 185. US Treas Bill due 5/11/17 | A | Interest | | | Buy | 04/12/17 | M | | |
| 186. | | | | | Sold | 05/11/17 | M | | |
| 187. US Treas Bill due 8/31/17 | A | Interest | | | Buy | 06/07/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 08/31/17 | L | | |
| 189.  US Treas Bill due 7/15/17 | A | Interest | | | Buy | 03/20/17 | M | | |
| 190. | | | | | Buy | 04/25/17 | M | | |
| 191. | | | | | Buy | 05/19/17 | M | | |
| 192. | | | | | Sold | 06/15/17 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 08/01/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. In Part VII, line 1, the Ally Bank account was created via a transfer of funds from our Charles Schwab Deposit Account listed on line 10.

2. In Part VII, lines 3 and 4, we list these similarly named assets separately because they are held, separately, as different assets in different accounts managed by different but affiliated former employers of Filer's spouse. The same holds true for the assets listed in lines 5-6, 14-15, 26-27, 37-38, 39-40, and 44-45.

3. In Part VII, lines 5 and 6, see "2" above and explanation therein.

4. In Part VII, lines 14 and 15, see "2" above and explanation therein.

5. In Part VII, line 24, my former law firm, Howard Rice et al. (since merged with Arnold & Porter), sometimes received additional or alternative compensation from clients in the form of equity interests in the client. At the end of each calendar year the firm would form a partnership to hold the equity interests so acquired during that year for the benefit of the equity holders in the law firm, and the various partnership entities listed in lines 16-24 of Part VII represent the Howard Rice partnerships in which I held an equity interest when I left the form to become a Bankruptcy Judge. In general, I have assigned a nominal value to my interests in these partnerships because, absent a liquidity event, they have little value per se. In the fall of 2017, one of the companies in which the firm had an equity interest that was held in the Howard Rice Investment Fund '09 had a liquidity event, and Arnold & Porter received a distribution from the entity in the form of cash that was then distributed to the holders of equity interests in the Howard Rice Investment Fund '09. I received a check in the approximate amount of $1440 on December 30, 2017. This event notwithstanding, the assets remaining in the '09 Fund, as well as the assets remaining in all of the Howard Rice Investment Funds, remain illiquid, and therefore, in my mind, of uncertain but likely minuscule value, and I have not altered the year-end amount values for any of these investments.

6. In Part VII, lines 26 and 27, see "2" above and explanation therein.

7. In Part VII, line 31, the "Schwab Intellectual Portfolio Account" is an asset that represents a lump sum retirement benefit for Filer's spouse, from a former employer, to which Spouse's rights first vested as of her retirement date of January 2, 2018.

8. In Part VII, lines 37 and 38, see "2" above and explanation therein.

9. In Part VII, lines 39 and 40, see "2" above and explanation therein.

10. In Part VII, lines 44 and 45, see "2" above and explanation therein.

11. In Part VII, re the asset reported at line 142 of this report, "Schwab US Treasury MMF (SWUXX)", this asset was not listed on my 2016 Report, and that was inadvertent error on my part. As background: in addition to the US Treasury Bills that our financial advisor/manager maintains for us as a cash asset, they also maintain this Schwab account that in turn holds as its assets US Treasury Bills; which is a somewhat indirect cash asset. The purpose of this account is to have a place to place funds, usually for a short time, in between other transactions. For example, our financial manager may determine to sell 100 shares of Amazon from our stock holdings, but not have another purchase in mind when they do so--so, the money generated from the sale of those Amazon shares goes into this Schwab US Treasury etc. account, usually for a short time, until our financial manager decides to purchase X number of shares of another security. So this account is an "asset" in a purely transitory way, but we didn't really consider this as an "asset" as much a as sort of proxy for other assets, and didn't report it separately in 2016. As it happens, there was actually not much in the account as of 12/31/16 (a few thousand dollars I believe), but it should have been reported, and I regret the error. As it further happens, there was a lot more in this account as of 12/31/17, (I have no idea why, I am not involved in trading decisions, other than to tell our advisor/manager them that there are some types of assets which I cannot hold--for judicial "conflicts" reasons), so it more easily caught our attention this time around.

12. In Part VII, re the assets listed at lines 173-192 of this report, these assets are listed in this Report in greater detail than they had been listed previously. Previously, I had reported the direct investments in Treasury Bills as a cash- like asset, and they were reported on an aggregate, end of the year basis. In this Report, and on a go-forward basis, I will list them as separate assets (i.e., each Treasury Bill will be reported as a separate asset and transaction).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William J. Lafferty**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544